### 22489. NATIONAL SURETY COMPANY *v.* SEYMOUR.

BROYLES, C. J. In view of the ruling of the Supreme Court, reversing the judgment of this court in this case as reported in 46 *Ga. App.* 109, that judgment (affirming the judgment of the trial court) is hereby ordered vacated; and it is now held that the trial judge erred in overruling the general demurrer to the petition. That error rendered the further proceedings in the case nugatory. See *National Surety Co.* v. *Seymour*, 177 *Ga.* 735 (171 S. E.   ).

> *Judgment reversed. MacIntyre and Guerry, JJ., concur.*
> DECIDED OCTOBER 28, 1933.

*Shackelford & Shackelford,* for plaintiff in error.
*J. T. Sisk,* contra.